UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

RONALD FREDERICK DENSLOW, JR., :
:
Plaintiff, :
: Civil Action No. 6:16-cv-00974 (DEP)
v. :
NANCY A. BERRYHILL, : STIPULATION AND ORDER TO
ACTING COMMISSIONER OF : AWARD ATTORNEY FEES & COSTS
SOCIAL SECURITY, :
Defendant. :

-------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that Plaintiff is awarded attorney fees under the Equal Access to Justice Act (EAJA) (28 U.S.C. § 2412, et seq.) in the amount of $7000 (seven thousand dollars). Such award is made in full satisfaction of any claim for fees, expenses and costs. It is further agreed that payment will be made directly to Plaintiff's attorney if Plaintiff has agreed to assign the rights to fees to his/her attorney, provided that Plaintiff owes no debt that is subject to offset under the Treasury Offset Program.

Dated: September 21, 2017

                        Richard S. Hartunian
                        United States Attorney

By:   *s/ Daniella M. Calenzo*
       Daniella M. Calenzo
       Special Assistant U.S. Attorney
       Attorney for Defendant
       c/o Social Security Administration
       Office of General Counsel
       26 Federal Plaza, Room 3904
       New York, New York 10278
       (212) 264-2579

By: s/ *Brooks Benson*
Brooks Benson
Attorney for Plaintiff

AND, the Court having reviewed this matter,

IT IS So Ordered:

_____
David E. Peebles
U.S. Magistrate Judge

Dated: 9/22/2017